UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. **18 CR 4163 BAS** |
|---|---|
| v. | NOTICE OF RELATED CASE |
| SAM S. SOLAKYAN<br>V SARKIS- nku      Defendant. | ~~SEALED~~ 9/27/18 ay<br>**UNSEALED PER ORDER OF COURT** |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. Fermin Iglesias et al., Case No. 16CR0131-BAS and United States of America v. Steven Rigler, Case No. 15CR2773-BAS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

   \_\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

   \_\_X\_\_ (2) Prosecution against different defendants arises from:

          \_\_\_\_\_ (a) A common wiretap

          \_\_\_\_\_ (b) A common search warrant

          \_\_X\_\_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: September 24, 2018.

                                                        /s/
                                        ADAM L. BRAVERMAN
                                        United States Attorney