AO 442
~~SEALED~~ **United States District Court**
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** OCT 03 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Sam Sarkis Solakyan

**WARRANT FOR ARREST**

Case Number: 18-cr-4163-BAS

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Sam Sarkis Solakyan___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1349 - Conspiracy to Commit Honest Services Mail Fraud and Health Care Fraud
18:1341,1346 - Honest Services Mail Fraud
18:2 - Aiding and Abetting
18:981(a)(1)(C);28:2461(c) - Criminal Forfeiture

DATE: 9/26/18
ARRESTED BY: ABF

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

2018 SEP 25 PM 3:26
U.S. MARSHALS-S/CA RECEIVED

In violation of Title ___See Above___ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Cervantes    /s/ L. Cervantes
Signature of Deputy

9/25/2018; San Diego, CA
Date and Location

Bail fixed at $ ___No Bail___ by ___The Honorable Bernard G. Skomal___
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |