UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SAM SOLAKYAN,<br><br>   Defendant. | Case No. 18-cr-04163-BAS-1<br><br>**ORDER DEFERRING CONSIDERATION ON THIRD PARTY MOTION TO AMEND RESTITUTION ORDER**<br>**(ECF No. 257)** |

      Presently before the Court is Third Party Liberty Mutual Insurance Group's Motion to Amend the Order of Restitution entered on February 9, 2022 (ECF No. 240). (ECF No. 257.) Liberty Mutual submits that it has a right to restitution from Defendant Sam Solakyan under the Mandatory Victim Restitution Act, but the Restitution Order omits the insurer. Therefore, Liberty Mutual asks the Court to amend the Restitution Order to include approximately $3.4 million in restitution for the insurer.

      As Liberty Mutual recognizes, Defendant is appealing his conviction and the Restitution Order. (ECF No. 241.) Defendant's Notice of Appeal divests the Court "of its control over the aspects of the case involved in the appeal." *United States v. Vroman*, 997 F.2d 627, 627 (9th Cir. 1993) (per curiam) (quoting *Griggs v. Provident*

*Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)).  Because Defendant's appeal challenges the Court's Restitution Order, the Court defers consideration of Liberty Mutual's motion.  *See* Fed. R. Crim. P. 37(a).

Accordingly, the Court directs the Clerk of Court to administratively **TERMINATE** Liberty Mutual's motion while the Court holds it in abeyance.  Upon conclusion of the appeal, Liberty Mutual may file a notice to reinstate the motion.

**IT IS SO ORDERED.**

**DATED: July 5, 2022**

Hon. Cynthia Bashant
United States District Judge